| | |
|---|---|
| 1 | LINDBERGH PORTER, JR., Bar No. 100091 |
| | LPorter@littler.com |
| 2 | RICHARD H. RAHM, Bar No. 130728 |
| | RRahm@littler.com |
| 3 | LITTLER MENDELSON |
| | A Professional Corporation |
| 4 | 650 California Street |
| | 20th Floor |
| 5 | San Francisco, CA  94108.2693 |
| | Telephone:    415.433.1940 |
| 6 | Facsimile:    415.399.8490 |
| 7 | Attorneys for Defendant |
| | WELLS FARGO HOME MORTGAGE, A |
| 8 | DIVISION OF WELLS FARGO BANK, |
| | NATIONAL ASSOCIATION |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA MILES, individually and on behalf of all persons similarly situated, | | Case No.  C 06 1991 MEJ |
| | Plaintiffs, | **NOTICE OF CHANGE OF ADDRESS AND TELEPHONE NUMBERS OF ATTORNEYS FOR DEFENDANT** |
| v. | | |
| WELLS FARGO MORTGAGE COMPANY and WELLS FARGO HOME MORTGAGE, INC., a division of WELLS FARGO BANK NATIONAL ASSOCIATION, | | |
| | Defendants. | |

---

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108 2693
415 433 1940

NOTICE OF CHANGE OF ADDRESS                              (CASE NO. C 06 1991 MEJ)

1  TO PLAINTIFFS AND THEIR ATTORNEYS OF RECORD:

2  NOTICE IS HEREBY GIVEN that effective May 3, 2006, the new address and
3  telephone number of Defendant WELLS FARGO HOME MORTGAGE, A DIVISION OF WELLS
4  FARGO BANK, NATIONAL ASSOCIATION'S attorneys of record, Littler Mendelson, is as
5  follows:

>Littler Mendelson, P.C.
>650 California Street, 22nd Floor
>San Francisco, CA  94108
>Telephone:  415.433.1940
>Facsimile:  415.399.8490

9  Dated: May 10, 2006

_____
LINDBERGH PORTER, JR.
LPorter@littler.com
RICHARD H. RAHM
RRahm@littler.com
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
WELLS FARGO HOME MORTGAGE, A
DIVISION OF WELLS FARGO BANK,
NATIONAL ASSOCIATION

Firmwide:81077002.1 820000.1160

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

NOTICE OF CHANGE OF ADDRESS        2.        (CASE NO. C 06 1991 MEJ)